*University of Utah Research Foundation, et al., v. Quest Diagnostics, Inc. et al.*, **Case No. 2:13-cv-00967-BSJ (D. Utah)**

**List of Exhibits to Complaint**

1. United States Patent No. 5,709,999 (Parts 1, 2, and 3)
2. United States Patent No. 5,747,282 (Parts 1, 2, and 3)
3. United States Patent No. 5,753,441 (Parts 1, 2, and 3)
4. United States Patent No. 5,837,492 (Parts 1 and 2)
5. United States Patent No. 6,033,857 (Parts 1, 2, and 3)
6. United States Patent No. 6,051,379
7. United States Patent No. 6,951,721 (Parts 1 and 2)
8. United States Patent No. 7,250,497