AO 121 (Rev. 08/10)

| To: | Mail Stop 8<br>Director of Patents and Trademarks<br>PO BOX 1450<br>Alexandria VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116, you are hereby advised that a court action has been filed in the **U.S. District Court for the District of Utah** on the following

☐ Trademarks or  ☒ Patents  ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>2:13-cv-00967-BSJ | DATE FILED<br>10/22/2013 | U.S. DISTRICT COURT<br>**District of Utah**<br>**350 South Main Street, Room 150, Salt Lake City, UT 84101** |
|---|---|---|

| PLAINTIFF | DEFENDANT |
|---|---|
| **University of Utah Research Foundation, Endorecherche**<br><br>**Trustees of the University of Pennsylvania**<br><br>**HSC Research and Development Limited Partnership, Myriad Genetics** | **Quest Diagnostics, Inc**<br><br>**Quest Diagnostics Nichols Institute** |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 5,709,999 | Jan. 20, 1998 | Myriad Genetics Inc, Centre de Recherche du Chul, Cancer Institute |
| 2 | 5,747,282 | May 5, 1998 | Myriad Genetics Inc, University of Utah Research Foundation, USA |
| 3 | 5,753,441 | May 19, 1998 | Myriad Genetics Inc, University of Utah Research Foundation, USA |
| 4 | 5,837,492 | Nov. 17, 1998 | Myriad Genetics Inc, Endo Recherche Inc, HSC Research & Development Limited Partnership, Trustees of the University of Pennsylvania |
| 5 | 6,033,857 | Mar. 7, 2000 | Myriad Genetics Inc, Endo Recherche Inc, HSC Research & Development Limited Partnership, Trustees of the Univ. of Pennsylvania |
| 6 | 6,051,379 | Apr. 18, 2000 | Oncormed Inc |
| 7 | 6,951,721 B2 | Oct. 4, 2005 | Gene Logic Inc |
| 8 | 7,250,497 B2 | Jul. 31, 2007 | Myriad Genetics Inc |

In the above-entitled case, the following patents(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case, a final decision had been rendered or judgment issued:

| DECISION / JUDGMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|

|  |  |  |
|---|---|---|

DISTRIBUTION :        1) Upon initiation of action            2) Upon filing of document adding patent(s),        3) Upon termination of action ,
                              mail copy to Director                        mail copy to Director                              mail copy to Director