DAVID G. MANGUM  (4085)
C. KEVIN SPEIRS (5350)
KRISTINE EDDE JOHNSON (7190)
MICHAEL R. MCCARTHY (8850)
PARSONS BEHLE & LATIMER
One Utah Center
201 South Main Street, Suite 1800
Salt Lake City, UT  841111
Telephone: (801) 532-1234
Facsimile: (801) 536-6111
ecf@parsonsbehle.com

BENJAMIN G. JACKSON (California Bar No 255358,
  *pro hac vice* motion to be filed)
MATHEW GORDON (12526)
MYRIAD GENETICS, INC.
320 Wakara Way
Salt Lake City, UT 84108
bjackson@myriad.com
mgordon@myriad.com
*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNIVERSITY OF UTAH RESEARCH FOUNDATION, a Utah nonprofit corporation; the TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, a Pennsylvania nonprofit corporation; HSC RESEARCH AND DEVELOPMENT LIMITED PARTNERSHIP, a Canadian limited partnership organized under the laws of the Province of Ontario; ENDORECHERCHE, INC., a Canadian corporation organized under the laws of the Province of Quebec; and MYRIAD GENETICS, INC., a Delaware corporation; | **NOTICE OF MOTION TO TRANSFER RELATED CASE**<br><br>Case No.  2:13-cv-00967-BSJ<br><br>Judge  Bruce S. Jenkins |
| Plaintiffs, | |
| vs. | |
| QUEST DIAGNOSTICS, INC., a Delaware corporation; and QUEST DIAGNOSTICS NICHOLS INSTITUTE, a California corporation | |

|  |  |
|---|---|
| Defendants. |  |

Pursuant to DUCivR83-2(g), Plaintiffs University of Utah Research Foundation, The Trustees of the University of Pennsylvania, HSC Research and Development Limited Partnership, Endorecherche, Inc., and Myriad Genetics, Inc. hereby submit notice that they have filed a Motion for Transfer of Related Case with the Honorable Robert J. Shelby in the related case styled *University of Utah Research Foundation, et. al. v. Ambry Genetics Corp*., Case No. 2:13CV-00640RJS (previously consolidated with *University of Utah Research Foundation, et. al. v. Gene by Gene*, Case No. 2:13CV-00643).  As set forth in that Motion, that previously-filed matter entails issues that substantially overlap with those in the above-captioned matter.  For this reason, and because the elements of DUCivR 83-2(g) are met, the interests of judicial economy and efficiency would be best served by transfer.

DATED this 23rd day of October, 2013.

/s/ David G. Mangum
DAVID G. MANGUM
C. KEVIN SPEIRS
KRISTINE EDDE JOHNSON
MICHAEL R. MCCARTHY
PARSONS BEHLE & LATIMER

BENJAMIN G. JACKSON
MATHEW GORDON
*Attorneys for Plaintiffs*