DAVID G. MANGUM (4085)
C. KEVIN SPEIRS (5350)
KRISTINE EDDE JOHNSON (7190)
MICHAEL R. MCCARTHY (8850)
PARSONS BEHLE & LATIMER
One Utah Center
201 South Main Street, Suite 1800
Salt Lake City, UT 841111
Telephone: (801) 532-1234
Facsimile: (801) 536-6111
ecf@parsonsbehle.com

BENJAMIN G. JACKSON (Cal Bar No. 255358, *Pro Hac Vice* Motion to be filed)
MATTHEW GORDON (12526)
MYRIAD GENETICS, INC.
320 Wakara Way
Salt Lake City, UT 84108
Telephone: (801) 584-3600
Facsimile: (801) 584-3640
bjackson@myriad.com
mgordon@myriad.com

*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNIVERSITY OF UTAH RESEARCH FOUNDATION, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> QUEST DIAGNOSTICS, INC., et al., <br><br> Defendants. | [PROPOSED] ORDER FOR PRO HAC VICE ADMISSION <br><br> Case No. 2:13-CV-00967-BSJ <br><br> Judge Bruce S. Jenkins |

It appearing to the Court that Petitioner meets the pro hac vice admission requirements of DUCiv R 83-1.1(d), the motion for the admission pro hac vice of Benjamin G. Jackson in the United States District Court, District of Utah in the subject case is GRANTED.

DATED this _____ day of October, 2013.

_____
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNIVERSITY OF UTAH RESEARCH FOUNDATION, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>QUEST DIAGNOSTICS, INC., et al.,<br><br>Defendants. | [~~PROPOSED~~] ORDER FOR PRO HAC VICE ADMISSION<br><br>Case No. 2:13-CV-00967-BSJ<br><br>Judge Bruce S. Jenkins |

It appearing to the Court that Petitioner meets the pro hac vice admission requirements of DUCiv R 83-1.1(d), the motion for the admission pro hac vice of Elizabeth M. Flanagan in the United States District Court, District of Utah in the subject case is GRANTED.

DATED this 28 day of October, 2013.

_____
U.S. DISTRICT COURT

4817-9043-1254.1

FILED
U.S. DISTRICT COURT

2013 OCT 28 ᗡ 3: 22

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNIVERSITY OF UTAH RESEARCH FOUNDATION, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>QUEST DIAGNOSTICS, INC., et al.,<br><br>Defendants. | [~~PROPOSED~~] ORDER FOR PRO HAC VICE ADMISSION<br><br>Case No. 2:13-CV-00967-BSJ<br><br>Judge Bruce S. Jenkins |

It appearing to the Court that Petitioner meets the pro hac vice admission requirements of DUCiv R 83-1.1(d), the motion for the admission pro hac vice of Geoff D. Biegler in the United States District Court, District of Utah in the subject case is GRANTED.

DATED this 28th day of October, 2013.

_____
U.S. DISTRICT COURT

4830-6569-6278.1

FILED
U.S. DISTRICT COURT
2013 OCT 28 ⊃ 3: 22
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNIVERSITY OF UTAH RESEARCH FOUNDATION, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> QUEST DIAGNOSTICS, INC., et al., <br><br> Defendants. | [PROPOSED] ORDER FOR PRO HAC VICE ADMISSION <br><br> Case No. 2:13-CV-00967-BSJ <br><br> Judge Bruce S. Jenkins |

It appearing to the Court that Petitioner meets the pro hac vice admission requirements of DUCiv R 83-1.1(d), the motion for the admission pro hac vice of Jonathan E. Singer in the United States District Court, District of Utah in the subject case is GRANTED.

DATED this 28th day of October, 2013.

_____
U.S. DISTRICT COURT

4840-3923-3558.1