# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **UNIVERSITY OF UTAH RESEARCH FOUNDATION,** a Utah nonprofit corporation; the **TRUSTEE OF THE UNIVERSITY OF PENNSYLVANIA,** a Pennsylvania nonprofit corporation; **HSC RESEARCH AND DEVELOPMENT LIMITED PARTNERSHIP,** a Canadian limited partnership organized under the laws of the Province of Ontario; **ENDORECHERCHE, INC.,** a Canadian corporation organized under the laws of the Province of Quebec; and **MYRIAD GENETICS, INC.,** a Delaware corporation;<br><br>                  Plaintiffs,<br>   v.<br>**QUEST DIAGNOSTICS, INC.,** a Delaware corporation; and **QUEST DIAGNOSTICS NICHOLS INSTITUTE,** a California corporation;<br><br>                  Defendants. | **ORDER GRANTING PRO HAC VICE ADMISSION**<br><br>Civil No. 2:13-cv-00967-RJS<br><br>Judge Robert J. Shelby |

It appearing to the Court that Petitioner meets the pro hac vice admission requirements of DUCiv R 83-1.1(d), the motion for the admission pro hac vice of Emmett J. McMahon in the United States District Court, District of Utah in the subject case is GRANTED.

Dated: this 21st day of November 2013.

_____
United States District Judge